**Thomas R. WEBB, Plaintiff–Respondent,**

v.

**Raymond T. WAGNER, Jr., Director, Department of Revenue, State of Missouri, Defendant–Appellant.**

**No. 18713.**

Missouri Court of Appeals, Southern District, Division Two.

Dec. 21, 1993.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for defendant-appellant.

No appearance for plaintiff-respondent.

PREWITT, Judge.

Appellant revoked respondent's driving privileges. Respondent then petitioned the court to set aside that decision. Following a hearing at which no one appeared for appellant, the trial court granted the relief requested.[1]

hearing but did not appear and apparently took no other action. The prosecuting attorney is to

514

Appellant presents one point, contending that the court erred "because said revocation was proper, in that appellant was required to assess points as of the date he received the notices of conviction, not the date the convictions were entered". Respondent has not filed a brief.

The trial court expressly relying upon *Senn v. Director of Revenue*, 674 S.W.2d 43, 46 (Mo.App.1984), determined that points which respondent accumulated may not be assessed on a date other than the date of conviction. *Senn* states, "Points are assessed as of the conviction date, not the offense date." 674 S.W.2d at 46.

However, since the decision in *Senn*, this district relying upon § 302.160, RSMo 1986 (since amended), and *Buttrick v. Director of Revenue*, 804 S.W.2d 19, 20 (Mo. banc 1991), reached a contrary result. *Padgett v. Director of Revenue*, 841 S.W.2d 777, 778 (Mo. App.1992). *Padgett* determined that points are assessed at the time the Director of Revenue receives notice of them, not when the convictions occurred. Assessing points consistent with *Padgett*, the revocation here was proper.[2]

The judgment of the trial court is reversed and the cause remanded with directions that the trial judge set aside its previous order and enter an order denying respondent the relief requested.

CROW and GARRISON, JJ., concur.

appear in behalf of the Director of Revenue in such proceedings. Section 302.311, RSMo Supp.1986.

2. The trial court's order was entered December 10, 1992, after *Padgett* was decided, but before it appeared in an advance sheet.